IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN A CABUYAON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN MUIR HEALTH, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 09-04554 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

This matter is set for a hearing on November 13, 2009 at 9:00 a.m. on the motion to dismiss filed by Defendant John Muir Health. Plaintiff's opposition to the motion shall be filed by no later than October 16, 2009 and a reply, if any, shall be filed by no later than October 23, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 2, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE