MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA  90017-3383
TELEPHONE: 213-629-7687
FACSIMILE 213-624-1376

David M. Lester (State Bar No. 119966)
   d.lester@mpglaw.com
Kirsten C. Love (State Bar No. 198814)
   k.love@mpglaw.com

Attorneys for Defendant JOHN MUIR HEALTH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN A. CABUYAON, | Case No. C09-04554 JSW |
| Plaintiff, | **STIPULATION TO VACATE ALL DATES AND [PROPOSED] ORDER THEREON** |
| vs. | [Assigned to Honorable Jeffrey S. White, Courtroom 11] |
| JOHN MUIR HEALTH, a California corporation, and DOES 1 - 100, Inclusive, | |
| Defendants. | |

## STIPULATION

Plaintiff EDEN A. CABUYAON and Defendant JOHN MUIR HEALTH, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff and Defendant have reached a settlement regarding this matter and a formal settlement document is currently being circulated for review;

WHEREAS, it is anticipated that the settlement will be finalized and a Request for Dismissal With Prejudice will be filed with the court by November 30, 2009;

WHEREAS, the Court may vacate Defendant's pending Notice of Motion and Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Upon Which Relief Can Be

660631.1

1   Granted scheduled for November 13, 2009 and the Case Management Conference scheduled for

2   January 15, 2010.

3

4   DATED: October 20, 2009                Respectfully submitted,

5                                          MUSICK, PEELER & GARRETT LLP

6

7   By: _____

8                                          Kirsten C. Love, Esq.
                                           Attorneys for Defendant
                                           JOHN MUIR HEALTH

9

10  DATED: October 20, 2009                Respectfully submitted,

11                                         LAW OFFICES OF JOHN F. PRENTICE
                                           & ASSOCIATES

12

13  By: _____

14                                         John F. Prentice, Esq.
                                           Attorney for Plaintiff
15                                         EDEN A. CABUYAON

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

660631.1

STIPULATION TO VACATE ALL DATES AND [PROPOSED]
ORDER THEREON (CASE NO. C 09-04554 JSW)

1

## [PROPOSED] ORDER

2        Pursuant to the stipulation of the parties, by and through their respective counsel,

3   and good cause appearing therefor, all hearing and conference dates in this matter shall be vacated

4   and the parties shall have until November 30, 2009 to file a Request for Dismissal in this matter.

5        IT IS SO ORDERED.

6

7   DATED: _October 27, 2009_____

8

9

10  _____
    Honorable Jeffrey S. White

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

660631.1

STIPULATION TO VACATE ALL DATES AND [PROPOSED]
ORDER THEREON (CASE NO. C 09-04554 JSW)

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW