JOHN F. PRENTICE, ESQ. SBN 87606
ROBERT D. POSTAR, ESQ. SBN 103538
JOHN F. PRENTICE AND ASSOCIATES, P.C.
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone:   510-420-9000
Facsimile:    510-597-0718

Attorneys for Plaintiff
Eden A. Cabuyaon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN A. CABUYAON | No. C09-04554 jsw |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT JOHN MUIR HEALTH |
| vs. | |
| JOHN MUIR HEALTH, a California corporation, and DOES 1 - 100, Inclusive, | |
| Defendants. | |

STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Eden A. Cabuyaon, through her attorney John F. Prentice and Defendant John Muir Health, through their attorney David M. Lester, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant John Muir Health. The parties are responsible for their own costs and attorneys fees.

Dated: October 23, 2009          JOHN F. PRENTICE & ASSOCIATES, P.C.

_____
John F. Prentice, Esq. Attorney for Plaintiff

Dated: October 3, 2009          MUSICK, PEELER & GARRETT LLP

_____
David M. Lester, Esq. Attorney for Defendant

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT JOHN MUIR HEALTH          Page 1

ORDER

PURSUANT TO STIPULATION, IT IS ORDERED, the above-captioned action is hereby dismissed with prejudice as to Defendant John Muir Health with each party to bear their own costs and attorneys fees. The Defendant's pending motion to dismiss scheduled for hearing on November 13, 2009 at 9:00 a.m. is hereby vacated.

Dated: ~~October~~ November 12, 2009

_____
The Honorable Jeffrey S. White
United States District Court Judge